**THREE RIVERS DIVING, INC., Appellant,**

v.

**MISSOURI DIVISION OF EMPLOY-MENT SECURITY, Respondent.**

**WD 78717**

Missouri Court of Appeals, Western District.

Order filed: March 8, 2016

Paul N. Rechenberg, for Appellant.

Larry R. Ruhmann, for Respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

### *ORDER*

PER CURIAM:

Three Rivers Diving, Inc. appeals from the order of the Labor and Industrial Relations Commission dismissing its application for review as untimely. Because a published opinion would have no prece-

dential value, a memorandum has been provided to the parties.

The order is affirmed. Rule 84.16(b).